| | | | | |
|---|---|---|---|---|
| J.G. v. Review Board of the Indiana Department of Workforce Development ........... | 93A02–1607–EX–1579 | 02/14/2017 | RILEY, J. CRONE, J. ALTICE, J. | Affirmed Concurs Concurs |
| Carnahan v. Carnahan ........... | 17A03–1606–DR–1537 | 02/14/2017 | RILEY, J. CRONE, J. ALTICE, J. | Affirmed in part, reversed in part, and remanded Concurs Concurs |
| Rutherford v. State ............. | 34A04–1608–CR–2050 | 02/14/2017 | BAKER, J. MATHIAS, J. PYLE, J. | Affirmed Concurs Concurs |
| Jordan v. State ................. | 44A03–1603–CR–503 | 02/14/2017 | RILEY, J. CRONE, J. ALTICE, J. | Affirmed Concurs Concurs |
| Fuquay v. Higginson ........... | 82A05–1607–JP–1621 | 02/14/2017 | RILEY, J. CRONE, J. ALTICE, J. | Affirmed Concurs Concurs |
| Webb v. State .................. | 20A05–1604–CR–1001 | 02/14/2017 | BAKER, J. MATHIAS, J. PYLE, J. | Affirmed Concurs Concurs |
| Coventry Court Townhomes v. Bigger ...................... | 02A04–1607–SC–1640 | 02/14/2017 | BARNES, J. KIRSCH, J. ROBB, J. | Affirmed Concurs Concurs |
| Moore v. State ................. | 69A05–1601–CR–68 | 02/15/2017 | PYLE, J. BRADFORD, J. ALTICE, J. | Affirmed Concurs Concurs |
| Brodley v. State ................ | 49A02–1603–CR–613 | 02/15/2017 | PYLE, J. BAKER, J. MATHIAS, J. | Affirmed Concurs Concurs |
| Morris v. State ................. | 91A02–1606–CR–1363 | 02/15/2017 | MATHIAS, J. BAKER, J. PYLE, J. | Affirmed Concurs Concurs |
| Benton v. State ................ | 49A02–1606–CR–1475 | 02/15/2017 | MATHIAS, J. BAKER, J. PYLE, J. | Affirmed Concurs Concurs |